IN THE UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| MISTY SOWLES-HAMMER, | Civil No. 1:20-CV-145-JR |
| Plaintiff, | |
| v. | ORDER FOR ATTORNEY FEES PURSUANT TO 42 U.S.C. § 406(b) |
| Acting Commissioner of the Social Security Administration, | |
| Defendant. | |

After considering Plaintiff's unopposed motion and supporting documents, it is hereby ORDERED that attorney's fees in the amount of $8,308.15 be awarded to Dellert Baird Law Offices, PLLC, pursuant to 42 U.S.C. § 406(b).  This amount offsets the previously awarded EAJA fee, so no further offset shall be applied.

IT IS SO ORDERED.

DATED this 2nd day of September, 2022.

    /s/ Jolie A. Russo
UNITED STATES MAGISTRATE JUDGE

Page 1   ORDER
         [1:20-CV-145-JR]

1

Presented by:

2

Jeffrey H. Baird
Dellert Baird Law Offices, PLLC
2825 NE Brazee St.
Portland, OR   97212
Telephone:  (206) 937-4112
FAX:  (360) 824-9371
jeffreyhbaird@comcast.net

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Page 2     ORDER
            [1:20-CV-145-JR]